jeff@blockesq.com | (617) 398-5610 direct

August 14, 2018

VIA ECF AND FEDEX

The Honorable Xavier Rodriguez
United States District Court, Western District of Texas
655 E. Cesar E. Chavez Blvd.
San Antonio, Texas 78206

Re:     Rahman v. GlobalScape, Inc., et al., No. 5:17-cv-00753-XR

Dear Judge Rodriguez:

On behalf of all parties to this action, I am pleased to report that we have reached an agreement in principle to settle all claims in the above-captioned action.

The parties are working on a stipulation of settlement and all the necessary documents to support the settlement of this class action. We expect to file the Stipulation of Settlement and to seek preliminary approval of the settlement no later than September 14, 2018.

The parties will promptly inform the Court if this date will not be met.

Respectfully submitted,

Jeffrey C. Block

cc:     All counsel of record