UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IRFAN RAHMIN AND ANTHONY GIOVAGNOLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| *Plaintiffs*, | § | Civil Action No.  SA-17-CV-753-XR |
| v. | § § § | |
| GLOBALSCAPE, INC., MATTHEW C. GOULET, JAMES W. ALBRECHT, JR., THOMAS W. BROWN, DAVID C. MANN, FRANK M. MORGAN, AND THOMAS E. HICKS, | § § § § § § | |
| *Defendants*. | § | |

**ORDER**

The parties have informed the Court that they have reached a settlement in this case. Docket no. 36. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including the trial date, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **September 13, 2018**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so ORDERED.

SIGNED this 14th day of August, 2018.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE