UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| IRFAN RAHMAN and ANTHONY GIOVAGNOLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBALSCAPE, INC., MATTHEW C. GOULET, and JAMES W. ALBRECHT, JR., THOMAS W. BROWN, DAVID C. MANN, FRANK M. MORGAN, and THOMAS E. HICKS,<br><br>Defendants. | Case No. 5:17-cv-00753 |

**LEAD PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff Irfan Rahman hereby moves this Court pursuant to Fed. R. Civ. P. 23(e) for an order (a) preliminarily approving the terms of the proposed settlement as set forth in the Stipulation of Settlement; (b) approving the form and method of providing notice of the proposed settlement to the Class; (c) preliminarily certifying an opt-out class action; (d) setting a hearing date for final approval of the settlement, plan of allocation, and Plaintiff's Counsel's application of attorneys' fees; and (e) appointing A.B. Data, Ltd. to serve as claims administrator to administer the settlement process. Lead Plaintiff will rely upon his Memorandum in Support of Preliminary Approval of the Class Action Settlement and the Stipulation of Settlement, both of which are submitted herewith.

A proposed Order Preliminarily Approving Settlement, Authorizing Notice and Scheduling a Settlement Hearing is also submitted herewith.

September 13, 2018                           Respectfully submitted,

                                             **KENDALL LAW GROUP, PLLC**

                                             /s/ Joe Kendall
                                             Joe Kendall, Texas Bar No. 11260700
                                             Jamie J. McKey, Texas Bar No. 24045262
                                             3811 Turtle Creek, Suite 1450
                                             Dallas, TX 75219
                                             (214) 744-3000 phone
                                             (214) 744-3015 fax
                                             jkendall@kendalllawgroup.com
                                             jmckey@kendalllawgroup.com

                                             *Liaison Counsel*

                                             **BLOCK & LEVITON LLP**
                                             Jeffrey C. Block
                                             155 Federal Street, Suite 400
                                             Boston, MA 02110
                                             (617) 398-5600 phone
                                             (617) 507-6020 fax
                                             jeff@blockesq.com

                                             *Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on all counsel of record on September 13, 2018 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

                                             /s/ *Jamie J. McKey*
                                             JAMIE J. MCKEY

2