UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| IRFAN RAHMAN, and ANTHONY GIOVAGNOLI, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>GLOBALSCAPE, INC., MATTHEW C. GOULET, and JAMES W. ALBRECHT, JR., THOMAS W. BROWN, DAVID C. MANN, FRANK M. MORGAN, and THOMAS E. HICKS,<br><br>          Defendants. | Case No. 5:17-cv-00753 |

### LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to this Court's October 2, 2018 Order Preliminarily Approving Settlement and Authorizing Notice and Scheduling Settlement Hearing, the undersigned attorneys for Lead Plaintiff Irfan Rahman ("Lead Plaintiff") shall move this Court for an order that, among other things, finally certifies a Class under Federal Rule of Civil Procedure 23(b)(3), certifies Lead Plaintiff as Class Representative, finds the Settlement fair, reasonable, adequate, and in the best interests of the Class, releases the parties, approves the plan of allocation, and enters and Order and Final Judgment.

**PLEASE TAKE FURTHER NOTICE** that a proposed Final Order, previously submitted during Preliminary Approval (ECF No. 38-2, pp. 67-76), is submitted herewith.

1

November 20, 2018                              Respectfully submitted,

**KENDALL LAW GROUP, PLLC**

*/s/ Joe Kendall*
Joe Kendall, Texas Bar No. 11260700
Jamie J. McKey, Texas Bar No. 24045262
3811 Turtle Creek, Suite 1450
Dallas, TX 75219
(214) 744-3000 phone
(214) 744-3015 fax
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

*Plaintiff's Liaison Counsel*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice*
Jacob A. Walker, *pro hac vice*
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com
jake@blockesq.com

*Plaintiff's Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by delivery to all other parties in this case entitled to receive such notification through this Court's CM/ECF system on November 20, 2018.

                                        */s/ Joe Kendall*
                                        Joe Kendall